# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PRESTON G. DEMOUCHETTE, JR.

NO. 2021 KW 0592

OCTOBER 4, 2021

---

In Re:    Preston G. Demouchette, Jr., applying for rehearing, 20th Judicial District Court, Parish of West Feliciana, No. 07-WCR-402.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

    **APPLICATION FOR RECONSIDERATION GRANTED. WRIT APPLICATION DENIED.**  The record of the West Feliciana Parish Clerk's Office shows that on July 22, 2021, the district court denied relator's writs of habeas corpus, and notice of this judgment was forwarded to relator. Furthermore, relator's allegation concerning his non-unanimous jury verdict is in the nature of a request for postconviction relief. See La. Code Crim. P. art. 924.  Writ of habeas corpus may not be used for complaints challenging either a conviction or sentence, for which the legislature has provided other procedural vehicles. **Madison v. Ward,** 2000-2842 (La. App. 1st Cir. 7/3/02), 825 So.2d 1245, 1251.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT